**Sarai PADILLA–VARELA, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 11–60020.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 30, 2011.

Orlando Mondragon, Law Office of Orlando Mondragon, El Paso, TX, for Petitioner.

Lindsay Brooke Glauner, Trial Attorney, Tangerlia Cox, Kerry Ann Monaco, Trial Attorney, U.S. Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before GARZA, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

Sarai Padilla–Varela petitions for review of an order of the Board of Immigration Appeals (BIA). The BIA determined that Padilla–Varela was removable from the United States because she was an alien who had committed an aggravated felony. Padilla–Varela maintains that she is entitled to equitable estoppel of removal because delay by and actions of immigration authorities in processing her application for adjustment of status prevented her from obtaining automatic citizenship by operation of 8 U.S.C. § 1431 (2000).

We lack jurisdiction to review the BIA's determination that an alien is deportable because she has committed an aggravated felony. *See* 8 U.S.C. § 1252(a)(2)(C). Padilla–Varela does not dispute the BIA's determination that she committed an aggravated felony. We review her equitable estoppel claim attacking the BIA's finding that she is an alien de novo and conclude that it fails. *See Robertson–Dewar v. Holder*, 646 F.3d 226, 229–30 (5th Cir. 2011). Consequently, Padilla–Varela's petition for review is DISMISSED for want of jurisdiction in part and DENIED in part.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.